UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jane Doe

Brian Warner, et al.
-----------------------------------------------------------X

2:23-cv-00862-DLI-ARL

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel
      Jeff Anderson & Associates and KBM Law
      55 West 39th Street, 11th Floor, New York NY  10018 and
      6701 Center Drive West, Suite 1400, Los Angeles, CA  90045, respectively

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I ___Howard E. King___ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of _King, Holmes, Paterno & Soriano, LLP_ and a member in good standing of the bar(s) of the State(s) of __California__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for _Defendant, Brian Warner_. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: February 6, 2023

Respectfully submitted,

_____
Signature of Movant, Howard E. King
Firm Name _King, Holmes, Paterno & Soriano, LLP_
Address _1900 Avenue of the Stars, 25th Floor_
_Los Angeles, California 90067-4506_
Email _hking@khpslaw.com_
Phone _(310) 282-8989_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Jane Doe

                      Plaintiff(s),

v.

Brian Warner, et al.        Defendant(s).

---

2:23-cv-00862-DLI-ARL

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

I, _Howard E. King_, being duly sworn, hereby depose and say as follows:

1. I am a(☒) _partner_ with the law firm of _King, Holmes, Paterno & Soriano, LLP_.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of _California_.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I _have never_ been convicted of a felony. If you have, please describe facts and circumstances.

6. I _have never_ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _CA Bar No. 77012_
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _2:23-cv-00862_ for _Defendant, Brian Warner_.

Date _February 6, 2023_

**NOTARIZED**

see attached
CA notarization

Signature of Movant, Howard E. King
Firm Name _King, Holmes, Paterno & Soriano, LLP_
Address _1900 Avenue of the Stars, 25th Floor_
_Los Angeles, California 90067-4506_

Email _hking@khpslaw.com_
Phone _(310) 282-8989_

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
County of Los Angeles          )

On February 6, 2023, before me, <u>Robert K. Westmoreland, a Notary Public</u>, personally appeared <u>Howard E. King</u>, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Robert K. Westmoreland*

ROBERT K. WESTMORELAND
Notary Public - California
Los Angeles County
Commission # 2430227
My Comm. Expires Jan 7, 2027



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

February 1, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HOWARD ERNEST KING, #77012 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 1977 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Howard E. King_____, Bar No. ____77012____

was duly admitted to practice in this Court on __November 10, 1983__
                                                        *DATE*

and  is active and in good standing    as a member of the Bar

of this Court.

Dated at Los Angeles, California

on    __February 6, 2023__
           *Date*

KIRY K. GRAY
Clerk of Court

By  *(signature)* Shea Bourgeois

Shea Bourgeois  , Deputy Clerk

G-52 (10/15)                    CERTIFICATE OF GOOD STANDING