# JEFF ANDERSON & ASSOCIATES PA
REACHING ACROSS TIME FOR JUSTICE

February 17, 2023

**VIA ECF**

The Honorable Dora L. Irizarry
District Court Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Doe v. Warner et al.*, Case No. 2:23-cv-00862-DLI-ARL

Dear Judge Irizarry:

We are in receipt of Defendant Warner's request for a pre-motion conference with respect to the issue of the anonymous caption. In light of recent events, we believe that the conference will not be necessary.

As counsel correctly notes, this case arises out of sexual assault and was commenced in Nassau County Supreme Court. Plaintiff requested leave to proceed under a pseudonym pursuant to New York Law, but Defendant Warner filed to remove the case before such leave was granted. Since the filing of the state court lawsuit, Plaintiff's circumstances have materially changed because her identity and private information (including her email and home address) have been widely published on the Internet by individuals we believe are aligning themselves with this Defendant. The use of a pseudonym was intended to avoid this.

In light of this, Plaintiff can no longer be afforded the protection that she sought. As such, she is willing to proceed with an Amended Caption to use her true name.

Very truly yours,

*[signature]*

Pat Stoneking
pstoneking@andersonadvocates.com

PS:lr

cc: Howard E. King, counsel for Brian Warner

ATTORNEYS

JEFFREY R. ANDERSON
Minnesota / Wisconsin
Illinois / Colorado
New York / Pennsylvania
New Jersey

MICHAEL FINNEGAN
Minnesota / Wisconsin
California / New York

MIKE RECK
California / New York
Texas / Pennsylvania

ELIN LINDSTROM
Minnesota / Wisconsin
New York

TRUSHA GOFFE
Minnesota
Washington DC
New Jersey / New York

PATRICK STONEKING
Minnesota / Wisconsin
New York / North Dakota

JOSH PECK
Minnesota

MOLLY BURKE
Minnesota

JENNIFER STEIN
California

NAHID SHAIKH
New York / New Jersey

TAYLOR STIPPEL
Minnesota / New York

STACEY BENSON
Minnesota / New York

CLAYTON HINRICHS
Minnesota

CAVONE MOORE
California

JACK BOYD
New Jersey / Missouri

ALEXIS REDD
New York