UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JANE DOE,

          Plaintiff,

-against-

BRIAN WARNER, ET AL.

          Defendants.

Case No.: 2:23-CV-00862-DLI-ARL

**PLAINTIFF'S DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiff, a private non-governmental party, certifies the following: Plaintiff Jane Doe is hereby identified as Bianca Kyne. Ms. Kyne is a citizen of Maryland.

Dated: February 24, 2023

**JEFF ANDERSON & ASSOCIATES PA**

BY:  /s/ Patrick Stoneking
Patrick Stoneking
363 7th Ave., 12th Floor
New York, NY 10001
T: (646) 759-2551
E: pstoneking@andersonadvocates.com

-and-

**KBM LAW**
Karen Barth Menzies (*admitted pro hac vice*)
6701 Center Drive West, 1400
Los Angeles, CA 90045
T: (310) 363-0030
E: kbm@kbmlaw.com

*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court through the CM/ECF system which will serve copies on all counsel of record.

                                              */s/Patrick Stoneking*
                                              Patrick Stoneking