**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
…………………………………………..
                                                                    x
JANE DOE,                                        :   Case No: 2:23-cv-00862-DLI-ARL
                                                                    :
              Plaintiff,                              :
                                                                    :
    -against-                                       :
                                                                    :
                                                                    :
BRIAN WARNER a/k/a MARILYN    :
MANSON; INTERSCOPE MUSIC       :
PUBLISHING, INC.; NOTHING           :
RECORDS; and DOES 1-20,                :
                                                                    :
              Defendants.                         :
…………………………………………..  x

## AFFIRMATION OF SERVICE

| | |
|---|---|
| BERK BRETTLER LLP<br>Andrew B. Brettler, Esq. (AB2662)<br>9119 Sunset Blvd.<br>West Hollywood, CA 90069<br>Tel: (310) 278-2111<br>abrettler@berkbrettler.com | KING, HOLMES, PATERNO &<br>SORIANO, LLP<br>Howard E. King, Esq. (*pro hac vice*)<br>John G. Snow, Esq. (*pro hac vice*)<br>Jackson S. Trugman, Esq. (*pro hac vice*)<br>1900 Avenue of the Stars, Twenty-Fifth Floor<br>Los Angeles, California 90067-4506<br>Tel:  (310) 282-8989<br>jsnow@khpslaw.com<br><br>*Attorneys for Defendant Brian Warner a/k/a Marilyn Manson* |

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, Twenty-Fifth Floor, Los Angeles, CA 90067-4506.

On **March 6, 2023**, I served true copies of the following document(s) on the interested parties in this action as follows:

1. Electronic Order, dated March 3, 2023 (Docket Number 19)
2. Memorandum & Order of Demand, dated March 3, 2023

**BY FEDEX OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the FEDEX service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the FEDEX service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

The name and the address of each entity to whom I served the documents listed are in the ATTACHMENT TO PROOF OF SERVICE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 7, 2023**, at Los Angeles, California.

*/s/ Eniko Weinberger*
Eniko Weinberger

## ATTACHMENT TO PROOF OF SERVICE

INTERSCOPE MUSIC PUBLISHING, INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON, DE  19801


INTERSCOPE MUSIC PUBLISHING, INC.
2220 COLORADO AVE
SANTA MONICA, CA 90404


NOTHING RECORDS
20325 CENTER RIDGE ROAD, SUITE PH
ROCKY RIVER, OH 44116